The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| K& SD ENTERPRISES, INC., a Washington Corporation, dba PUGET PARK SHELL; JASVIR SINGH DHILLON and RUPINDER KAUR, and the marital community composed thereof; HARJINDER SINGH; and KASHMIR SINGH KHALSA,<br><br>Plaintiffs,<br><br>v.<br><br>SHELL OIL PRODUCTS, INC., US, a Texas Corporation; EQUILON ENTERPRISES LLC, a Delaware Limited Liability Company; and 'TONY" DAHABREA,<br><br>Defendants. | No. C05-1972RSL<br><br>ORDER GRANTING DEFENDANT EQUILON ENTERPRISES LLC'S MOTION TO COMPEL AND TO ADJUST CASE SCHEDULE |

This matter comes before the Court on "Defendant Equilon Enterprises LLC's Motion to Compel and to Adjust Case Schedule." Dkt. # 23. Having reviewed the unopposed motion, the Court finds as follows:

Defendant's motion is **GRANTED**.

Plaintiff K&SD Enterprises, Inc. shall, within five days of the date of this

ORDER GRANTING MOTION TO COMPEL AND ADJUST
CASE SCHEDULE (C05-1972RSL) — 1

Order, provide full and complete disclosures under F.R.Civ.P. 26(a) and full and complete responses to Equilon's First Set of Interrogatories and Request for Production of Documents to Plaintiff K&SD Enterprises, Inc., including the production of documents called for by both.

The amended case schedule issued on July 3, 2006, is further amended to allow Equilon thirty (30) days from plaintiff's compliance with this Order to disclose experts and complete its discovery in this matter.

IT IS SO ORDERED.

DATED this 29th day of August, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO COMPEL AND ADJUST
CASE SCHEDULE (C05-1972RSL) — 2